In the Matter of the Application of MARIE MAILINSON, Appellant. PHILIP MAILINSON, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Larkin, Love and Kimball, JJ. [See 272 App. Div. 992.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORNE LALLY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See ante, p. 801.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAX BECKER, Respondent.— Motion for a stay granted. Motion to dismiss appeals denied.

## (January 15, 1948.)

In the Matter of the Probate of the Will of AGNES M. GABLER, Deceased. FRED H. J. GARR et al., Appellants; OLEAN TRUST COMPANY, Respondent.— Decree and order affirmed, with costs to the respondent payable out of the estate. All concur; Larkin, J., not voting. (The decree admits a will to probate. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See post, p. 942.]

FRANK WOSKOWICZ, Appellant, v. WLADISLAW KOLEFF, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: On this record, at the conclusion of the plaintiff's case, the evidence warranted submitting the questions of negligence and contributory negligence to the jury. We do not intend, by this decision, to determine that upon an entire record the issues should be submitted. We conclude, merely, that plaintiff's evidence was enough to put defendant to his proof. All concur, except McCurn and Vaughan, JJ., who dissent and vote for affirmance. (The judgment dismisses plaintiff's complaint in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ.

GEORGE A. CURTIS, Appellant, v. CLINTON W. MEADE et al., Respondents. LEROY JONES, Appellant, v. CLINTON MEADE, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of evidence. All concur, except McCurn, J., who dissents and votes for affirmance. (The judgment is for defendants in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ.

In the Matter of the Estate of JOSEPHINE KRZYMINSKA, Deceased. LEO KRZYMINSKI, as Administrator of the Estate of JOSEPHINE KRZYMINSKA, Deceased, Appellant; FRANK KASPRZAK, Respondent.— Decree affirmed, without costs of this appeal to either party. (See Matter of Cardwell, 268 App. Div. 514, affd. 295 N. Y. 916, and Matter of Schulsinger, 187 Misc. 818.) All concur. (The decree determines ownership of certain property in a discovery proceeding.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.